# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LORENA AYALA PENALOZA, | Case No. 2:17-cv-00773-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 29) |
| AMERICAN HOME INSURANCE COMPANY, *et al.,* | |
| Defendant(s). | |

Before the Court is the parties' notice of settlement. Docket No. 29. The parties shall file a joint stipulation of dismissal no later than October 30, 2017.

IT IS SO ORDERED.

DATED: September 29, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE