# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LORENA AYALA PENALOZA, | Case No. 2:17-cv-00773-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 31) |
| AMERICAN HOME INSURANCE COMPANY, et al., | |
| Defendant(s). | |

Before the Court is the parties' joint statement. Docket No. 31. On September 29, 2017, the Court ordered the parties to file a joint stipulation of dismissal no later than October 30, 2017. Docket No. 30. However, in their joint statement, the parties submit that they have yet to finalize settlement documents. Docket No. 31. The parties shall file a joint stipulation of dismissal no later than November 30, 2017.

IT IS SO ORDERED.

DATED: October 31, 2017

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE