# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LORENA AYALA PENALOZA, | Case No. 2:17-cv-00773-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 33) |
| AMERICAN HOME INSURANCE COMPANY, et al., | |
| Defendant(s). | |

Before the Court is the parties' joint status report. Docket No. 33. On October 31, 2017, the Court ordered the parties to file a joint stipulation of dismissal no later than November 30, 2017. Docket No. 32. In their joint status report, the parties submit that Plaintiff has signed the settlement agreement and is awaiting payment. Docket No. 33. The parties shall file a joint stipulation of dismissal no later than December 29, 2017.

IT IS SO ORDERED.

DATED: November 30, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE